THE CITY OF SCHENECTADY, Appellant, *v.* ROBERT FURMAN, Respondent.

(Argued June 10, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Supreme Court, in the third judicial department, entered upon an order made September 1, 1891, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*S. W. Jackson* for appellant.

*Robert J. Landon* for respondent.

Appeal dismissed on argument.